**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 21-CR-261 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Timothy B. Pease | Forfeiture - Disposal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CARLA B. FREEDMAN, United States Attorney
United States Attorney's Office
James Hanley Federal Building
100 South Clinton Street, Syracuse, NY 13261

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 15 2023
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please dispose of the following property in accordance with the law: CATS #21-FBI-008309 (Apple iPhone 7+).

Signature of Attorney other Originator requesting service on behalf of:  /s/ Elizabeth A. Conger / mm
☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 315-448-0672
DATE: 4/13/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 52
District to Serve No. 52
Signature of Authorized USMS Deputy or Clerk
Date: 4/13/2023

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation. etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 5/9/23
Time: 330 ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | |

REMARKS: Destroyed by FBI on 5/1/2023

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

## DESTRUCTION CERTIFICATION

We certify that on __5/1/2023__, the following property was destroyed at the Federal Bureau of Investigation located at 200 McCarty Avenue Albany, New York, and that the undersigned individuals personally observed and/or destroyed the property.

Property/Asset Description:

305G-AL-3220741
3010-21-0100
21-FBI-008309

- One Apple iPhone Model A1661 (1B10)

Witnesses:

___[signature]___
Signature

Dolores Amore
Name (Printed)

Forfeiture Paralegal
Title

___[signature]___
Signature

Zachary Valdes
Name (Printed)

ITS
Title